IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

ALEC V. MATTHEWS )
   Plaintiff. )
  )
   VS. )
  ) COMPLAINT No;.
RICHARD ZAYAS ) 8:20 CV 304 /02 JSS
Known/Unknown ATF Agents, )
  )
STEPHEN KUNZ ) JURY TRIAL
ANTHONY E. PORCELLI ) DEMANDED
SHARON C. SAMEK )
ANN ALDRICH )
ELIZABETH A. KOVACHEVICH )
BUREAU OF PRISON )
   Defendants. )

## *JURISDICTION AND VENUE*

This Court has Jurisdiction over this action under 28 U.S.C Sections 1331 and 1343(3) and (4)

## *COMPLAINT*

COMES NOW: Plaintiff, Alec Matthews Pro Se, for the complaint state as follows.

1. Plaintiff Alec V. Matthews was arrested and confined in the Morgan Street Jail, located in the City Of Tampa, Florida; From the date of May 8, 2001. Plaintiff is currently confined at the address of Federal Correctional Institution Beckley, P.O. BOX 350 Beaver, West Virginia 25813

2. Plaintiff, Alec V. Matthews, is and time mentioned herein, an adult Citizen of the United States

3. Defendant Richard Zayas, known and unknown ATF Agents was

at all relevant times herein, operating in the City of Tampa Florida, then or about the date of May 8, 2001.

4. Defendant Stephen Kunz all relevant times herein, the Chief Deputy Assistant U.S. Attorney (Criminal Division) in the Middle District Court Of Florida (Tampa Division) of the date of May 8, 2001 to and about July 2001.

5. Defendant Anthony E. Porcelli, was at all relevant times herein, the Assistant U.S. Attorney that prosecuted and prosecutor of Plaintiff case at and around the date May 8, 2001 and beyond.

6. Defendant Sharon C. Samek is and was relevant times herein, the Appointed Counsel for representation (Attorney). for the plaintiff at and around the date of May 8, 2001; in the City of Tampa, Florida.

7. Defendant Ann Aldrich is and relevant times herein the District Trial Judge that presided over the plaintiff Trial in the City of tampa, Florida of the date of September 2001

8. Defendant Elizabeth A. Kovachevich is and was relevant times herein, the assigned District Judge and at the time the Chief District Judge around and about the date of May 8, 2001 for the Middle District Court of Florida (Tampa Division)

9. Defendat The Bureau Of Prisons is and was relevant times herein, is the contracted organization for the U.S. Federal Prisons from the date or about the date of June 2002 until recently Febuary 2020.

## STATEMENT OF CLAIM

At all relevant times herein, defendants were "persons" for purpose of 28 U.S.C. Section §1331 and acted under color of Law to deprive plaintiff of his Eigth and Fourteenth Amendment Constitutional Rights and denied Equal Protection because of his Race and Gender.

## STATEMENTS OF FACTS

1. On or about May 8, 2001, Plaintiff was racially profiled by ATF Agents Richard Zayas. Richard Zayas was investigating plaintiff associate Anthony Raines at the time. Agents Zayas saw three black males in a vehicle and automatically assumed that they all was planning to commit a criminal offense. Agent Zayas asked to be followed to show Mr. Raines his location of his storage and to show Mr. Raines how to use his lock. Agent Richard Zayas never spoke to the plaintiff but at one point while the driver who was just giving plaintiff and Mr. Raines a ride stop following Zayas. The driver whom go by the name of Carl Hawkins, who plaintiff never knew at the time was arguing with Raines that he didn't want to follow Agent Zayas. Agent Zayas then found where the plaintiff and Co-defendants were at and through up his hands in a what's up come on motion. When Agent Zayas realize that the driver was still reluctant to follow him into the storage. While the driver was reversing, Zayas ran to the car and assured the driver that he wasn't getting nobody into any thing wrong and that he was showing Mr. Raines where his storage was and how to use his lock. After the plaintiff was arrested Agent Richard Zayas and ATF agents Known and Unknown attered the video and audio tapes planted evidence on the plaintiff and lied to make it looked like the plaintiff was involved.

   Agent Richard zayas and ATF department is famously known for Racially Selecting Blacks and people of Color for his FAKE Drug Stash House Bobberies. Agent Zayas threaten Mr. Raines to testify falsely against the plaintiff.
   All these facts are reported and documented.

2. Defendant Stephen M. Kunz; On or about the date of 2001 then Deputy Chief of the Criminal Division, Assistant United States Attorney Stephen M. Kunz knowingly and intentionally presented false evidence to the Grand Jury that came down with an Federal Indictment against the plaintiff. At the time of the revelant date of May 8, 2001 he was being investigated for the same conduct in a couple case by the names of Steve and Marlene Aisenburg.

Mr. Kunz was relieved and demoted sometime in the months and year of June or July 2001, for the conduct mentioned. Stephen M. Kunz was still personally and without the U.S. Department of Justice acting as Deputy Chief of the Criminal Division to help cover up the scheme to deny the plaintiff his 14th Amendment Right. Mr. Kunz was acting in his individual capacity even though he signed documents presenting himself as Deputy Chief.

3. Defendant Anthoney E. Porcelli acted as the Assistant United States Attorney at the time and is relevant to this case as the prosecutor over plaintiff case. Mr. Porcelli assisted his ex supervisor Stephen M. Kunz and supervisor during the date from May 1, 2001 and still on going.

Mr. Anthony E. Porcelli delibrately violated plaintiff 8th and 14th Amendment rights of the U.S. Constitution.

During plaintiff trial not only Mr. Porcelli knew that Raines was being forced to testify falsely, but also made Racially Charged Derogatory Statements about Ethnicity to an all White Jury. Mr. Porcelli said Plaintiffs wasn't all American and he was because he is Italian and represent this statement as fact.

4. Defendant Sharon C. Samek is an revelant herein; Sharon C. Samek was appointed Counsel by the U.S. District Court to represent the plaintiff. Ms. Samek said the corrupted Cops are dangerous and threaten the plaintiff and his love ones.

Ms. Sharon C. Samek said to the plaintiff that he couldn't receive equal protection under the Constitution like Steve and Marlene Aisenburg because I was a black man in America.

Ms. Samek helped to with hold evidence from the Court and the plaintiff, to protect her colleagues who are other defendants that is mentioned in this complaint. Ms. Samek threaten the plaintiff and told him that Judge Elizabeth A. Kovachevich is close friend of hers and the District Judge Ann Aldrich won't do anthing to help you because this the Government and they could what they like.

Plaintiff wrote complaints to the Florida Bar about Ms. Samek conduct, also they have been other witness that wrote the Bar

complaint and the Bar refused to release her from plaintiff case load.

Ms. Sharon Samek intentionally denied plaintiff of Equal Rights that is guaranteed by the Constitution Of The United States, because Ms. Samek don't believe that a black man as any value.

5. Defendant Ann Aldrich is and was relevant to this complaint. On or about the date of October 1, 2001 the defendant was the District's Judvisiting Judge that resided over the plaintiff case because District Judge Elizabeth A. Kovachevich was close friends with plaintiff Counsel and would've been a conflict of interest. This what was said to the plaintiff by his Appointed Counsel Sharon C. Samek.

Ann Aldrich denied plaintiff Due Process Right under the U.S. Constitution. When Ms. Aldrich used her authority under color of Law to deprive plaintiff of his Constitution Rights.

Plaintiff denied Equal Protection when he personally gave Ms. Ann Aldrich a copy of his Florida Bar Complaint about Counsel — being bias racist against the plaintiff. Second when not only on record letting her know it was a conflict of interest and they were altered evidence submitted as evidence against him. Third denyng plaintiff the right to Counsel of his choice by expressing her personal relation with plaintiff Counsel, Fourth Intentionally allowing witness Anthoney Raines testify against the plaintiff falsely so she could appease and cover up her corruption after Ms. Aldrich knew plaintiff was being rail road because of his race, and fifth. After racial outburst discriminating plaintiff was made by the prosecutor Anthony Porcelli to a all white Jury was allowed in her presence.

Ann Aldrich jeopardize noy only the live of the plaintiff for reporting abuse and corruption but also jeopardize the lives of other including the plaintiff love ones and witness by not reporting such conduct under her jurisdiction.

6. Defendant Elizabeth A. Kovachevich is and was relevant on the date of May 8, 2001, which she was assigned to plaintiff case load as the District Court Judge. There's a conflict of interest between Judge Kovachevich and the plaintiff because

like mentioned before that Ms. Kovachevich is close friends with plaintiff former Counsel that was previously mentioned in this complaint. Also she proceed over the Aisenbergs case, Ms. Elizabeth A. Kovachevich knows this and now intentionally discriminating against the plaintiff because she think that a black man doesn't have Equal Protection Rights that is guaranteed by the U.S. Constitution like the Aisenbergs because they're white.,

Judge Elizabeth A. Kovachevich personally denied plaintiff motion to the Court for a change of venue, a blacks plaintiff case from being publicly notice. Orders persons who is employed by the Bureau Of Prison to have the plaintiff assaulted, intimidated and retaliated against anytime he seeks justice by filing complaints to different Federal Agency including the U.S. Courts.

7. Defendant the Bureau Of Prisons is and was relevant to this complaint. Staff of the Bureau Of Prisons uses intimidating measures to prevent plaintiff from filing greviance to the Courts or Federal agencies if it's relating to this issue.

Plaintiff filed a complaint sometime or about July 2005 about some evidence that was stolen from him that was sent to him by a former Counsel. Plaintiff filed a tort claim to try to retrieve the evidence and was stabbed and assaulted by several C.I. that worked for the Captain at that time. Judge Elizabeth A. Kovachevich knew if I had the evidence tested for alteration it would've exanorate the plaintiff.. Plaintiff know that Judge Kovachevich sent the order.

Plaintiff filed a complaint to the Federal Civil Rights Agency Case No: OCR Tansaction No. CU-20361239 which involves this issue. The BOP raised the plaintiff points for NO Juustisible reason and sent the plaintiff away form his release address. Plaintiff try to grieve this matter and his Legal Mail don't leave or he don't receive Legal Material if it contains that his life is being jeoperdized.

The Bureau Of Prison is using they authority as a weapon to deter the plaintiff from filing Civil Complaint to the Courts or Federal Agencies by threaten the life of the plaintiff.

Bureau Of Prison in denying the plaintiff 8th and 14th Amendments

Rights by putting his life in harms way without any Justification. Staff at the BOP is using they position as a Racketeer Influenced Corrupt Organization that provides service for murder, assaults, and threats agianst the now plaintiff.

### PRAYER FOR RELIEF

1. Plaintiff requests an order declaring that the defendants have acted in violation of the United States Constitution

2. Plaintiff requests an Temporary In juunctions, by compelling defendants to provide all evidence relating to plaintiff case. All viteo and audio recordings from the investigation and Court room Trial involving this matter.

3. Plaintiff requests injunction on the Bureau Of Prison to compel to repplace him at his right security institution, closer to his release address. Allow him to file and receive Legal Mail, create a $10,000,000.00dollars surety bond that any thing happens to him that he get injured by assualt or be killed his beneficiary gets the sums because of the BOP negligence. The beneficiaries are plaintiff Mother Ms. Celeste Matthews and Brother Andy Matthews.

4. Plaintiff requests that Judge Elizabeth K. Kovachevich have Injunction and retrainning order dealing anything with plaintiff Criminal Case or All Appeals of Such.

5. Plaintiff requests $10,000,00 every 24 Hours (one day) that plaintiff incarcerated because racially discrimination as compensatory damages.

Respectfully Submitted:
/S/ *[signature]*
Alec V. Matthews
Reg#. 39661-018
FCI Beckley
P.O. BOX 350
Beaver, West Virginia  25813

Executed Date:
Febuary - 8 - 2020

## **CERTIFICATE OF SERVICE**

I, Alec V. Matthews declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C.S. §1746. I placed this document in the Prison Mail Box System on the date of my signature to be mailed to the parties listed below.

/S/ _[signature]_

Alec V. Matthews   39661-018
FCI Beckley
P.O. BOX 350
Beaver, West Virginia 25813

Executed Date:
February - 7 - 2020