## IN THE UNITD STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

ALEC V. MATTHEWS

    VS.

RICHARD ZAYAS
Known/Unknown ATF Agents
STEPHEN KUNZ
ANTHONY PORCELLI
SHARON C. SAMEK
ANN ALDRICH
ELIZABETH A. KOVACHEVICH
BUREAU OF PRISON

2020 FEB 18 PH 2: 14

## TO THE ABOVE MENTIONED DEFENDANTS

You are hereby summoned and required to serve upon plaintiffs, whose address is <u>Alec V. Matthews; Reg #39661-018 F.C.I. Beckley P.O. BOX 350 Beaver, West Virginia 25813</u>. An answer to the complaint which is herewith served upon you within __21__ days.

Is you fail to do so, judgement by default will be taken against you, for the relief demaned in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

                                                CLERK OF COURT

Executed Date:
        ___-___-2020