v. Matthews
No.: #39661-018
eal Correctional
utional Beckley
Box 350
er, WV 25813

CERTIFIED MAIL

7019 0700 0002 0463 1352



U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
FEB 10, 20
AMOUNT
$0.00
R2304M115237-05

1000   33602

LEGAL
Matx

To.

⇔39661-018⇔
Clerk Of Court
801 N Florida AVE
Tampa, FL 33602
United States

SCREENED BY USMS

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813

DATE 2-7-20

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.